FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Arriaga, Angel | Docket No. | 0980 4:21CR06028-MKD-8 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Angel Arriaga, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 19th day of March 2024, under the following conditions:

**Standard Condition number 1:** Defendant shall not commit any offense in violation of federal, state, or local, or tribal law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, including tribal agencies, without providing notice to United States Probation. Defendant shall comply with all conditions of supervision imposed by other courts.

**Standard Condition number 12:** Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law and regardless of whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On March 22, and 26, 2024, all the conditions of pretrial release were reviewed with the defendant to include standard conditions number 1 and 12. Mr. Arriaga signed a copy of his conditions and he was provided with a signed copy.

**Violation #1:** Angel Arriaga is alleged to be in violation of his pretrial release conditions by having consumed a controlled substance, cocaine, on or about October 18, 2024.

On October 21, 2024, Mr. Arriaga reported to the probation office and met with United States Probation Officer Maria Balles. During this office visit, he was instructed to complete a random drug test which he completed. This drug test was presumptive positive for cocaine. Initially, Mr. Arriaga denied any drug use. The drug test was packaged and sent to Abbott Laboratory. The defendant left and then returned to the probation office. He reported he had gone to a bar to eat with friends and some people were using cocaine and he admitted to using cocaine himself on or about October 18, 2024. He signed a drug use admission form.

**Violation #2:** Angel Arriaga is alleged to be in violation of his pretrial release conditions by failing to report law enforcement contact to the probation officer within 1 business day as required on or about October 29, 2024.

The probation office received information Mr. Arriaga, on October 29, 2024, contacted dispatch reporting a verbal disturbance involving his ex-girlfriend. Later on November 20, 2024, the undersigned officer questioned Mr. Arriaga about this law enforcement contact as he had not reported this to the probation office. He admitted to having contact with Kennewick Police Department officers as he his ex-girlfriend, Irma Chavez, would not leave the house after he told her to. She left after he called the police. Mr. Arriaga admitted he did not report this police contact to the probation officer or his defense attorney because he thought he was only required to report law enforcement contact when he was the suspect.

**Violation #3:** Angel Arriaga is alleged to be in violation of his pretrial release conditions by failing to provide a valid urinalysis as required on or about November 20, 2024.

On November 20, 2024, the undersigned officer made telephonic contact with Mr. Arriaga and instructed him to report to the probation office on this same date at 1 p.m. for drug testing. He reported to the probation office as instructed. However, he attempted to complete the drug test three different times, each time providing an invalid sample as it was a dilute, water-like, sample. Mr. Arriaga was at the probation office for over 1 hour, and failed to provide a valid sample for drug testing.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 20, 2024

by s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/20/24
Date